# United States District Court
EASTERN DISTRICT OF WISCONSIN

NESTI THOMOLLARI, individually and on behalf
of all other similarly situated,
    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

Case No. 17-CV-533

CMRE FINANCIAL SERVICES, INC. ,
    Defendant.

---

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came for consideration and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that defendant's motion to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6) is **GRANTED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that this action is hereby **DISMISSED WITH PREJUDICE** and plaintiff shall take nothing from his complaint.

Approved:   *s/ Nancy Joseph*
    NANCY JOSEPH
    United States Magistrate Judge

Dated: August 28, 2017

**STEPHEN C. DRIES**
Clerk of Court

s/ Amanda Chasteen
(By) Deputy Clerk